UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| VICLOUIS ARREOLA III and IMELDA CID-ARREOLA,<br><br>           Plaintiffs,<br><br>      vs.<br><br>WELLS FARGO HOME MORTGAGE; DHI MORTGAGE COMPANY, LTD. LP.; CAL-WESTERN RECONVEYANCE CORPORATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and DOES 1-50, Inclusive,<br><br>           Defendants. | Case No.:  2:10-cv-03272-WBS -KJM<br><br>**ORDER GRANTING DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY FOR FEBRUARY 3, 2011 HEARING**<br><br>Date:         Thursday, February 3, 2011<br>Time:        10:00 AM<br>Dept.:        Courtroom 25<br>Judge:       Hon. Mag. Kendall J. Newman<br><br>Complaint Filed: October 29, 2010<br>Trial Date:         (not yet set) |

   Defendants Wells Fargo Bank, N.A. (sued as Wells Fargo Home Mortgage) and Mortgage Electronic Registration Systems, Inc. (together, "Moving Defendants") have requested to appear telephonically for the hearing on the motion to dismiss set for February 3, 2011 at 10:00 a.m. in Courtroom 25 before Magistrate Judge Kendall J. Newman.  Having taken this request under consideration,

- 1 -

1  IT IS HEREBY ORDERED that moving defendants' request to appear telephonically is
2  granted.
3
4  IT IS SO ORDERED.
5
6  DATED: January 14, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

- 2 -
07685/0793/876728.1
CASE NO. 2:10-cv-03272-WBS -KJM
[PROPOSED] ORDER TO REQUEST TO
APPEAR TELEPHONICALLY