UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICLOUIS ARREOLA III and IMELDA CID-ARREOLA,<br><br>         Plaintiffs,<br><br>     vs.<br><br>WELLS FARGO HOME MORTGAGE; DHI MORTGAGE COMPANY, LTD., L.P.; CAL-WESTERN RECONVEYANCE CORPORATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and DOES 1-50, inclusive,<br><br>         Defendants. | Case No. 2:10-cv-03272-WBS-KJN<br><br>**ORDER GRANTING DHI MORTGAGE COMPANY'S REQUEST TO APPEAR TELEPHONICALLY AT HEARING ON MOTION TO DISMISS COMPLAINT**<br><br>Date:     February 3, 2011<br>Time:     10:00 a.m.<br>Ctrm:     25<br>Judge:   Hon. Magist. J. Kendall J. Newman |

   Defendant DHI Mortgage Company, Ltd., L.P. requested that it be permitted to appear telephonically at the hearing on its Motion to Dismiss Plaintiffs' Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), scheduled for February 3, 2011, at 10:00 a.m., in Department 25 of this court. Having considered defendant's request, it is hereby ordered as follows:

   IT IS HEREBY ORDERED that defendant DHI Mortgage Company, Ltd., L.P. may appear telephonically at the hearing on its Motion to Dismiss Plaintiffs' Complaint pursuant to

1  Federal Rule of Civil Procedure 12(b)(6), scheduled for February 3, 2011, at 10:00 a.m., in
2  Department 25 of this court.
3       IT IS SO ORDERED.
4  DATED: January 25, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE