```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA

                            ----oo0oo----

VICLOUIS ARREOLA, III and
IMELDA CID-ARREOLA,
                                      NO. CIV. 2:10-3272 WBS KJN (PS)
          Plaintiffs,
                                      ORDER OF WITHDRAWAL
               v.

WELLS FARGO BANK, DHI MORTGAGE
COMPANY, Ltd. LP, CAL-WESTERN
RECONVEYANCE CORPORATION,
MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC.,

          Defendants.
                                   /
                            ----oo0oo----
```

The undersigned hereby withdraws from the above-captioned case.

IT IS THEREFORE ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings, making appropriate adjustments in the assignments of civil cases to compensate for such reassignment. The scheduling conference heretofore set before the undersigned is hereby vacated.

1

1  DATED:   April 14, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE